[Criminal No. 744. Filed October 15, 1931.]

[3 Pac. (2d) 1114.]

## ENRICO LOPEZ, Appellant, v. STATE, Respondent.

Mr. Frank Dykes, for Appellant.

The Attorney General, for the State.

PER CURIAM.—Defendant was informed against for an escape from the Maricopa county branch jail at Tempe, while being held under a commitment for burglary. He has caused the record and the reporter's transcript of the testimony to be filed, but has failed to call our attention to any prejudicial error in his trial, and, after looking into the record, we find none.

The judgment is affirmed.